IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WARREN CHASE, #231139, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB 98-2367 |
| PHLONDA PEAY, ET AL, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Plaintiff's Motion to Amend Scheduling Order filed on March 23, 2000 and any response thereto, it is this 24 of March, 2000,

ORDERED, that the Scheduling Order in this case be amended so that the deadline for moving to join additional parties or to amend pleadings is extended to April 13, 2000; and it is further,

ORDERED, that the deadline for Plaintiff's disclosure of experts under Fed. R. Civ. P. 26(a)(2) is extended to and through April 13, 2000; and it is further,

ORDERED, that the deadline for Defendants' disclosure of experts under Fed. R. Civ. P. 26(a)(2) is extended to and through May 13, 2000.

_____
Catherine C. Blake
United States District Court Judge

BA2DOCS1\121951.01