IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WARREN CHASE, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. CCB-98-2367 |
| PHLONDA PEAY, *et al.* | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PROPOSED MODIFIED SCHEDULING ORDER**

Upon consideration of the Joint Motion to Modify the Scheduling Order filed May 1, 2000 by Plaintiff and Defendants, it is this 2nd day of May, 2000,

ORDERED, that the Scheduling Order in this case be modified as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosure re experts | May 31, 2000 |
| Defendants' Rule 26(a)(2) disclosure re experts | June 30, 2000 |
| **Discovery deadline; submission of status report** | July 31, 2000 |
| Requests for admission | August 8, 2000 |
| **Dispositive pretrial motions deadline** | August 28, 2000 |

_____
Catherine C. Blake
United States District Court Judge