IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WARREN CHASE, #231139,  *

   Plaintiff  *

v.  *  Civil Action No. CCB 98-2367

PHLONDA PEAY, ET AL,  *

   Defendants.  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PROPOSED MODIFIED SCHEDULING ORDER

Upon consideration of the Joint Motion to Modify the Scheduling Order filed May 31, 2000 by Plaintiff and Defendants, it is this __1st__ day of __June__, 2000,

ORDERED, that the Scheduling Order in this case be modified as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosure re experts | June 30, 2000 |
| Defendants' Rule 26(a)(2) disclosure re experts | July 31, 2000 |
| **Discovery deadline; submission of status report** | August 31, 2000 |
| Requests for admission | September 8, 2000 |
| **Dispositive pretrial motions deadline** | September 30, 2000 |

_____
Catherine C. Blake
United States District Court Judge

BA2DOCS1/133021v1