IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WARREN CHASE, #231139, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB 98-2367 |
| PHLONDA PEAY, ET AL, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## PROPOSED MODIFIED SCHEDULING ORDER

Upon consideration of the Joint Motion to Modify the Scheduling Order filed August 30, 2000 by Plaintiff and Defendants, it is this _1st_ day of _Sept_, 2000,

ORDERED, that the Scheduling Order in this case be modified as follows:

| | |
|---|---|
| Defendants' Rule 26(a)(2) disclosure re experts | October 15, 2000 |
| **Discovery deadline; submission of status report** | November 15, 2000 |
| Requests for admission | December 15, 2000 |
| **Dispositive pretrial motions deadline** | December 29, 2000 |

_____
Catherine C. Blake
United States District Court Judge

BA2DOCS1/138252v1/s2