IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WARREN CHASE, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. CCB-98-2367 |
| PHLONDA PEAY, *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED AMENDED SCHEDULING ORDER

Upon consideration of the Stipulation and Motion to Amend the Scheduling Order filed October 6, 2000 by Plaintiff and Defendants, it is this __10th__ day of __October__, 2000,

ORDERED, that the Scheduling Order in this case be amended as follows:

| | |
|---|---|
| Defendants' Rule 26(a)(2) disclosure re experts | November 15, 2000 |
| **Discovery deadline; submission of status report** | December 22, 2000 |
| Requests for admission | January 15, ~~2000~~ 2001 |
| **Dispositive pretrial motions deadline** | January 31, ~~2000~~ 2001 |

_____
Catherine C. Blake
United States District Court Judge