IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WARREN CHASE, #231139, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB 98-2367 |
| PHLONDA PEAY, ET AL, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**PROPOSED MODIFIED SCHEDULING ORDER**

Upon consideration of the Joint Motion to Modify the Scheduling Order filed November 15, 2000 by Plaintiff and Defendants, it is this 16 day of November, 2000,

ORDERED, that the Scheduling Order in this case be modified as follows:

| | |
|---|---|
| Defendants' Rule 26(a)(2) reports re experts | December 15, 2000 |
| **Discovery deadline; submission of status report** | January 15, 2000 |
| Requests for admission | January 31, 2000 |
| **Dispositive pretrial motions deadline** | February 20, 2000 |

_____
Catherine C. Blake
United States District Court Judge

BA2DOCS1/138252v1/s2