IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WARREN CHASE, #231139,        *

    Plaintiff              *

v.                            *   Civil Action No. CCB 98-2367

PHLONDA PEAY, ET AL,          *

    Defendants.            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PROPOSED MODIFIED SCHEDULING ORDER**

Upon consideration of the Joint Motion to Modify the Scheduling Order filed January 12, 2001 by Plaintiff and Defendants, it is this 16th day of January, 2001,

ORDERED, that the Scheduling Order in this case be modified as follows:

| | |
|---|---|
| **Discovery deadline; submission of status report** | February 23, 2001 |
| **Requests for admission** | March 6, 2001 |
| **Dispositive pretrial motions deadline** | March 30, 2001 |

_____
Catherine C. Blake
United States District Court Judge

BA2DOCS1/145320v1/s2