IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WARREN CHASE, #231139,            *

    Plaintiff                     *

v.                             *      Civil Action No. CCB 98-2367

PHLONDA PEAY, ET AL,

                              *

    Defendants.                *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PROPOSED MODIFIED SCHEDULING ORDER

Upon consideration of the Joint Motion to Modify the Scheduling Order filed February 13, 2001 by Plaintiff and Defendants, it is this _14_ day of _February_ 2001,

ORDERED, that the Scheduling Order in this case be modified as follows:

| | |
|---|---|
| **Discovery deadline;**<br>**submission of status report** | April 16, 2001 |
| **Requests for admission** | April 30, 2001 |
| **Dispositive pretrial**<br>**motions deadline** | May 30, 2001 |

_____
Catherine C. Blake
United States District Court Judge

BA2DOCS1/145320v1/s2