IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WARREN CHASE, #231139,                    *

    Plaintiff                              *

v.                                        *        Civil Action No. CCB 98-2367

PHLONDA PEAY, ET AL,                      *

    Defendants.                            *

  *    *    *    *    *    *    *    *    *    *    *

## PROPOSED MODIFIED SCHEDULING ORDER

Upon consideration of the Joint Motion to Modify the Scheduling Order

filed ~~February~~ *apr 2* 13, 2001 by Plaintiff and Defendants, it is this *16* day of *April*,

2001,

ORDERED, that the Scheduling Order in this case be modified as follows:

| | |
|---|---|
| **Discovery deadline;** **submission of status report** | May 18, 2001 |
| **Requests for admission** | May 30, 2001 |
| **Dispositive pretrial** **motions deadline** | June 29, 2001 |

_____
Catherine C. Blake
United States District Court Judge

BA2DOCS1/145320v1/s2