IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WARREN CHASE, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. CCB-98-2367 |
| PHLONDA PEAY, *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PROPOSED MODIFIED SCHEDULING ORDER

Upon consideration of the Stipulation and Motion to Modify the Scheduling Order filed May 16, 2001 by Plaintiff and Defendants, it is this 17 day of May, 2001,

ORDERED, that the Scheduling Order in this case be modified as follows:

| | |
|---|---|
| **Discovery deadline; submission of status report** | June 18, 2001 |
| Requests for admission | July 9, 2001 |
| **Dispositive pretrial motions deadline** | August 9, 2001 |

Catherine C. Blake
United States District Court Judge

4