IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUN 18 2001

| | | |
|---|---|---|
| WARREN CHASE, #231139, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB 98-2367 |
| PHLONDA PEAY, ET AL, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**PROPOSED MODIFIED SCHEDULING ORDER**

Upon consideration of the Joint Motion to Modify the Scheduling Order filed June 15, 2001 by Plaintiff and Defendants, it is this _18_ day of _June_, 2001,

ORDERED, that the Scheduling Order in this case be modified as follows:

| | |
|---|---|
| **Discovery deadline;** **(for purposes set forth in Joint Status Report, part a.1 through part a.3)** | July 15, 2001 |
| **Requests for admission** | July 20, 2001 |
| **Dispositive pretrial motions deadline** | August 20, 2001 |

_____
Catherine C. Blake
United States District Court Judge

BA2DOCS1/145320v1/s2