IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WARREN CHASE, #231139,         *

    Plaintiff                              *

v.                                              *     Civil Action No. CCB 98-2367

PHLONDA PEAY, ET AL,
                                                 *

    Defendants.                         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PROPOSED MODIFIED SCHEDULING ORDER

Upon consideration of the Joint Motion to Modify the Scheduling Order filed June 15, 2001 by Plaintiff and Defendants, it is this _16_ day of _July_ 2001,

ORDERED, that the Scheduling Order in this case be modified as follows:

| | |
|---|---|
| **Discovery deadline;** **(for purposes set forth in Joint Status Report, part a.1 through part a.3)** | July 31, 2001 |
| **Requests for admission** | August 8, 2001 |
| **Dispositive pretrial motions deadline** | September 4, 2001 |

_____
Catherine C. Blake
United States District Court Judge

BA2DOCS1/145320v1/s2

FILED JUL 16 2001 AT BALTIMORE CLERK U.S. DISTRICT COURT DISTRICT OF MARYLAND