IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WARREN CHASE, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. CCB-98-2367 |
| PHLONDA PEAY, *et al.* | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PROPOSED MODIFIED SCHEDULING ORDER**

Upon consideration of the Stipulation and Motion to Modify the Scheduling Order filed August 17, 2001 by Plaintiff and Defendants, it is this 21st day of August, 2001,

ORDERED, that the Scheduling Order in this case be modified as follows:

| | |
|---|---|
| **Discovery deadline; for purposes set forth in Joint Status Report, part a.1 through part a.3** | August 28, 2001 |
| Requests for admission | September 5, 2001 |
| **Dispositive pretrial motions deadline** | September 27, 2001 |

_____
Catherine C. Blake
United States District Court Judge