IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WARREN CHASE, #231139, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. ~~CCB-98-2367~~ |
| PHLONDA PEAY, ET AL, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**PROPOSED MODIFIED SCHEDULING ORDER**

Upon consideration of the Joint Motion to Modify the Scheduling Order filed August 28, 2001 by Plaintiff and Defendants, it is this 5th day of September 2001,

ORDERED, that the Scheduling Order in this case be modified as follows:

| | |
|---|---|
| **Discovery deadline;** **(for purposes set forth in Joint Status Report, part a.1 through part a.3)** | September 5, 2001 |
| **Requests for admission** | September 5, 2001 |
| **Dispositive pretrial motions deadline** | October 3, 2001 |

_Catherine C. Blake_
Catherine C. Blake
United States District Court Judge

BA2DOCS1/145320v1/s2