IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AUG 29 2001

| | | |
|---|---|---|
| WARREN CHASE, #231139, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB 98-2367 |
| PHLONDA PEAY, ET AL, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT PEAY'S REQUESTS FOR ADMISSION

On July 27, 2001, Defendant Phlonda Peay, through her attorney, served, by first class mail, Requests for Admission ("Requests") on the Plaintiff. Under Rules 36(a) and 6(e) of the Federal Rules of Civil Procedure, the Plaintiff's responses to the Requests are due on August 29, 2001. Counsel for the Plaintiff has requested, and counsel for Defendant Peay has agreed to, an extension of the Plaintiff's time to respond to the Requests up to and through September 5, 2001. The Plaintiff and his counsel need additional time to review records in connection with the Plaintiff's responses.

_____
Sharon Stanley Street #023308
Assistant Attorney General
St. Paul Plaza – 19th Floor
200 St. Paul Place
Baltimore, Maryland 21202
(410) 576-6429

Attorneys for Defendants

_____
James E. Weaver # 25638
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

Attorney for Plaintiff

So Ordered:

_____
Catherine C. Blake
United States District Court Judge

Date: 9/5/01

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April, 2001, copies of the foregoing Stipulation To Extend Time To Respond To Defendant Peay's Requests for Admission was mailed, first-class, postage prepaid to Sharon Stanley Street, Esquire, Attorney for Defendants, State of Maryland, Office of the Attorney General, 200 Saint Paul Place, Baltimore, Maryland 21202.

_____
James E. Weaver