IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WARREN CHASE, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. CCB-98-2367 |
| PHLONDA PEAY, *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED MODIFIED SCHEDULING ORDER**

Upon consideration of the Stipulation and Motion to Modified the Scheduling Order filed September 27, 2001 by Plaintiff and Defendants, it is this 1st day of October, 2001,

ORDERED, that the Scheduling Order in this case be modified to stay the deadlines for conducting limited discovery regarding C. Thompson and filing dispositive pretrial motions, until this Court renders its decision regarding Plaintiff's pending discovery motion and resets the above-mentioned deadlines.

_____
Catherine C. Blake
United States District Court Judge