IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WARREN CHASE #231139           :

v.                             :   CIVIL ACTION NO. CCB-98-2367

PHLONDA PEAY, et al.           :

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

On June 19, 2001, plaintiff Warren Chase filed two emergency requests with the Court, asking the Court to direct DOC personnel to return legal and personal property (*see* Paper No. 95), and further asking the Court to order DOC personnel to correct the computation of his sentence. (*See* Paper No. 96). In both instances, he alleges that the deprivations are occurring in retaliation for ongoing litigation.

Plaintiff does not indicate that he has suffered actual injury as a result of the alleged denial of access to legal materials and personal property. Thus, Paper No. 95 will be denied. Sentence computation is not an issue in the above-captioned civil rights action, and should be raised in a separate action. Emergency relief is not appropriate here.

Accordingly, **IT IS** this 19 day of Feb., 2002 by this Court hereby **ORDERED**:

1. That the motions for injunctive relief filed in the above-captioned actions (Paper Nos. 95 and 96) **ARE DENIED WITHOUT PREJUDICE**; and

2. That the Clerk of Court **MAIL** a copy of this Order to plaintiff and to all counsel of record in each case

                                              Catherine C. Blake
                                              United States District Judge