IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT

2002 APR 15  A 10: 53

_____ DEPUT_

| | | |
|---|---|---|
| WARREN CHASE, #231139, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB 98-2367 |
| PHLONDA PEAY, ET AL, | * | |
| Defendants. | * | |

*   *   *   *   *   *   *   *   *   *   *

### PROPOSED ORDER

Upon consideration of the Plaintiff's Motion To Obtain Discovery Regarding Named Defendant C. Thompson and any response thereto, it is this _15_ day of _April_, ~~2001~~ 2002,

ORDERED, that Plaintiff may seek discovery from the Defendants as to the last known address of Mr. Carl Thompson in order to serve process on Mr. Carl Thompson; and it is further, _provided the address shall not be disclosed to plaintiff individually, but only to counsel_

ORDERED, that, subject to consideration of any objections from Mr. Carl Thompson, the Plaintiff is granted permission to obtain deposition testimony from Mr. Thompson; and it is further,

ORDERED, that the Scheduling Order in this case is modified as follows:

**Discovery deadline;
(for purpose of obtaining discovery
concerning Mr. Carl Thompson)**     ~~October 5, 2001~~  June 14, 2002   /s/ CCB

**Dispositive pretrial**  July 19, 2002
**motions deadline**  ~~November 5, 2001~~

_____
Catherine C. Blake
United States District Court Judge

BA2DOCS1/145320v1/s2