IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WARREN CHASE, #231139,  *

    Plaintiff  *

v.  *  Civil Action No. CCB 98-2367

PHLONDA PEAY, ET AL,
     *

    Defendants.  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PROPOSED MODIFIED SCHEDULING ORDER

Upon consideration of the Plaintiff's Unopposed Motion for 30-Day Continuance to Obtain Discovery Regarding Carl Thompson -- to Conduct Deposition on Agreed-Upon Date, it is this __10__ day of June, 2002,

ORDERED, that subject to any objections from Mr. Carl Thompson, the Plaintiff is granted continued permission to obtain deposition testimony from Mr. Thompson; and it is further,

ORDERED, that the Scheduling Order in this case be modified as follows:

**Discovery deadline;**                    July 15, 2002
(for purposes of obtaining discovery
concerning Mr. Thompson and
submission of status report)

**Dispositive pretrial**                   August 15, 2002
**motions deadline**

_____
Catherine C. Blake
United States District Court Judge