IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WARREN CHASE | : | |
| v. | : | Civil No. CCB-98-2367 |
| PHLONDA PEAY, ET AL. | : | |

...oOo...

## ORDER

The defendants' Motion for Protective Order having been discussed with counsel and defendant Carl Thompson during a conference call, and Mr. Thompson having withdrawn his request for representation by the Attorney General's Office, and choosing to proceed with the deposition, it is hereby **ORDERED** that:

1. the Motion is **Denied**; and

2. the Clerk shall send copies of this Order to counsel of record.

_____7/11/02_____
Date

_____
Catherine C. Blake
United States District Judge