IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUL 17 A 8:38

CLERK'S OFFICE
AT BALTIMORE
BY ___ DEPUTY

| | | |
|---|---|---|
| WARREN CHASE, #231139, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB-98-2367 |
| PHLONDA PEAY, ET AL, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### PROPOSED MODIFIED SCHEDULING ORDER

Upon consideration of the Status Report and Request for Continuance, it is this 17th day of July, 2002,

ORDERED, that the Scheduling Order in this case be modified as follows:

**Discovery deadline;**   August 1, 2002
(for purposes of obtaining discovery
concerning Mr. Thompson and
submission of status report)

**Dispositive pretrial**   September 4, 2002
**motions deadline**

_____
Catherine C. Blake
United States District Court Judge