IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WARREN CHASE, #231139, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB 98-2367 |
| PHLONDA PEAY, ET AL, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**PROPOSED MODIFIED SCHEDULING ORDER**

Upon consideration of the Joint Motion to Modify the Scheduling Order filed on September 4, 2002 by Plaintiff and Defendants, it is this 5 day of Sept, 2002,

ORDERED, that the Scheduling Order in this case be modified as follows:

| | |
|---|---|
| **Dispositive pretrial motions deadline** | September 19, 2002 |

_____
Catherine C. Blake
United States District Court Judge

BA2DOCS1/145320v1/s2