```
                                             ____FILED      ____ENTERED
                                             ____LOGGED     ____RECEIVED
        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND             OCT 0 1 2002
```

| | | |
|---|---|---|
| WARREN CHASE, #231139, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB 98-2367 |
| PHLONDA PEAY, ET AL, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

Upon consideration of the Unopposed Motion For Additional Time To Respond To Defendants' Motion for Summary Judgment, filed on September 30, 2002 by Plaintiff, it is this 1st day of October, 2002,

ORDERED, that the Plaintiff's time to timely file an Opposition Memorandum in response to the Defendants' Motion for Summary Judgment is extended up to and through October 17, 2002.

_____
Catherine C. Blake
United States District Court Judge

BA2DOCS1/197537v1/s2