IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WARREN CHASE, #231139, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB 98-2367 |
| PHLONDA PEAY, ET AL, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

Upon consideration of the Unopposed Motion For Additional Time To Respond To Defendants' Motion for Summary Judgment, filed on October 15, 2002 by Plaintiff, it is this _16_ day of _October_, 2002,

ORDERED, that the Plaintiff's time to timely file an Opposition Memorandum in response to the Defendants' Motion for Summary Judgment is extended up to and through October 28, 2002.

_____
Catherine C. Blake
United States District Court Judge

BA2DOCS1/197537v1/s2