IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| WARREN CHASE | * | |
| Plaintiff, | * | |
| vs. | * | Civil Action No. CCB-98-2367 |
| PHLONDA PEAY, et al. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Plaintiff's Motion To Supplement His Opposition Memorandum To Defendants' Motion for Summary Judgment, and any response thereto, it is this 2d day of December 2002 hereby:

ORDERED, that Plaintiff Warren Chase is granted permission to file a Supplemental Memorandum opposing the Defendants' Motion for Summary Judgment with respect to issues concerning the Prison Litigation Reform Act; and it is further,

ORDERED, that any Supplemental Memorandum submitted by the Plaintiff shall be filed on or before December 6, 2002.

Catherine C. Blake
United States District Court Judge